

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. AP-76,674

### EX PARTE PEDRO SOLIS SOSA

### ON MOTION FOR AN EXTENSION OF TIME REGARDING AN APPLICATION FOR POST-CONVICTION WRIT OF HABEAS CORPUS FILED IN CAUSE NO. 7729 IN THE 81ST DISTRICT COURT ATASCOSA COUNTY

*Per curiam*.

### O R D E R

In November 1984, a jury found applicant guilty of the offense of capital murder. The jury answered the statutory punishment questions in such a way that the trial court set applicant's punishment at death. This Court affirmed applicant's conviction and sentence on direct appeal. *Sosa v. State*, 769 S.W.2d 909 (Tex. Crim. App. 1989). On November 2, 2011, this Court filed and set the mental retardation claim raised in applicant's second subsequent habeas application and, on April 25, 2012, the Court remanded the issue to the trial court to consider the factors we established in *Ex parte Briseno*, 135 S.W.3d 1 (2004).

Because it had been more than two years since the application was remanded to the trial court, this Court, on June 18, 2014, ordered the trial court to finish resolving the issue in the case and enter findings of fact and conclusions of law within 60 days of the date of this order. The district clerk was then ordered to immediately forward to this Court the complete record of the case. That deadline made the case due in this Court on August 18, 2014. On Friday, August 15, 2014, after 5 p.m., the parties in the case e-filed an agreed joint motion for an extension in which they requested an additional 30 days for the trial court to make findings of fact and conclusions of law and return the case to this Court.

The parties disingenuously implied in their joint motion that this Court gave the trial court only 60 days to resolve this case. In fact, the trial court has had over two years. And now the trial court has also had the benefit of the 30 days requested in the joint motion. This Court now denies the parties' joint motion for an extension. The parties and the trial court have until October 7, 2014, to resolve any outstanding issues in the case and forward it to this Court or be subject to an order to show cause and notice to appear.

IT IS SO ORDERED THIS THE 22nd DAY OF SEPTEMBER, 2014.

Do Not Publish